AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

DUSTIN SISEMORE,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER:   3:13-cv-00243-MMD-VPC

MARANGIC, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED with prejudice and without leave to amend for failure to state a claim for which relief may be granted.

July 12, 2013                                                      **LANCE S. WILSON**
                                                                                             Clerk

                                                                                            /s/ K. Rusin
                                                                                            Deputy Clerk